NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE PHEM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OFFICE DEPOT, INC.; OFFICE DEPOT, LLC; OFFICEMAX INCORPORATED; OFFICE DEPOT OFFICE MAX; OFFICEMAX NORTH AMERICA, INC.; TED VALENCIA; and DOES 1 to 100, inclusive,<br><br>　　　　Defendants. | Case No. 2:22−cv−03635 ODW (MRWx)<br><br>Honorable Otis D. Wright II<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND ACTION TO STATE COURT**<br><br>Trial Date: N/A<br>Complaint Filed:　　March 9, 2022 |

# **ORDER**

Upon the Parties having stipulated as set forth above, IT IS SO ORDERED.

1. All dates presently all on calendar for this matter are vacated;
2. This Action is **REMANDED** to the Superior Court of the State of California, County of Los Angeles, Stanley Mosk Courthouse, 111 N. Hill St., Los Angeles, California, 90014 (case no. 22STCV08529); and
3. Plaintiff will dismiss Defendants Ted Valencia, OfficeMax Incorporated n/k/a OfficeMax LLC, Office Depot Office Max and OfficeMax North America, Inc. with prejudice within 5 court days of the case being remanded to state court.

DATED: June 13, 2022

_____
HONORABLE OTIS D. WRIGHT II
UNITED STATES DISTRICT COURT JUDGE

4875-7323-5749.2 / 063095-1815